FILED

2022 Feb-14  AM 10:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMES O'QUINN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:21-cv-00461-LSC-SGC |
| | ) | |
| JEFFERSON DUNN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER TO SHOW CAUSE

The plaintiff commenced this action by filing a complaint on March 29, 2021. (Doc. 1).  By an order dated October 6, 2021, the court directed the plaintiff to show cause why the action should not be dismissed pursuant to Rule 4(m) of the *Federal Rules of Civil Procedure* for the plaintiff's failure to serve any of the defendants with process. (Doc. 3).  The plaintiff responded on October 16, 2021, with an explanation regarding his delay and evidence that, with the exception of Corrections Officer Brewer, he served each defendant with process between October 12, 2021, and October 14, 2021.  (Doc. 4; Doc. 4-1).  It does not appear the plaintiff has served Corrections Officer Brewer with process since that time.

Accordingly, the plaintiff is **ORDERED** to **SHOW CAUSE** in writing, within **ten (10) calendar days**, why Corrections Officer Brewer should not be dismissed from this action pursuant to Rule 4(m).

**DONE** this 14th day of February, 2022.

STACI  G. CORNELIUS
U.S. MAGISTRATE JUDGE