FILED
2023 Jun-08  PM 05:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES O'QUINN,<br>AIS #227546 | ) |
| | ) |
| | ) |
| Plaintiff, | ) **CASE NO: 5:21-cv-00461-LSC-SGC** |
| | ) |
| v. | ) |
| | ) |
| DEBORAH TONEY, et al., | ) |
| | ) |
| Defendants. | ) |

### SUGGESTION OF DEATH

Comes now Michele E. Pate, attorney for Plaintiff, and would make known

unto this Court that Plaintiff, James O'Quinn, died on March 12, 2023. (See

obituary attached as Exhibit A)

Respectfully Submitted,

/s/ Michele E. Pate
Michele E. Pate (ASB-4457-E49F)
P.O. Box 3391
Jasper, Alabama 35502
Phone: 205-275-1700
Fax: 205-512-1292
mpatelaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to the following:

Carrie Shaw, Esq.
Attorney for Defendants
Alabama Department of Corrections Legal Division
301 Ripley Street
Post Office Box 301501
Montgomery, AL 36130-1501
Carrie.shaw@doc.alabama.gov
Phone: 334-353-3886

> /s/ Michele E. Pate
> Michele E. Pate
> Attorney for Plaintiff

# EXHIBIT A

# James Robert O'Quinn

Mr. James Robert O'Quinn, 47, of Jasper, entered into rest on March 12, 2023, and is now at peace.

Mr. O'Quinn is survived by his mother Miriam Stephenson; sisters Kimberly Williams, Debbie Grubbs, and Sonya Adams (Chuck); brother Rick O'Quinn; daughters Shyanne Culbertson (Jordan), Alexis Stewart, Madison O'Quinn, and Jacie O'Quinn; granddaughters Jocelyn, Evelyn, and Hattie Mae Culbertson; and a host of nieces and nephews.

He is preceded in death by his father Robert O'Quinn; grandparents Jasper & Jerleen Stephenson and Silas & Eunice Hayes.

Services: A celebration of life was held Friday March 17, 2023, in the Sam Hood Memorial Chapel of Freeman-Hood Funeral Services.

In lieu of flowers the family requests that donations be left with Kim Williams at Central Motors.

To order memorial trees or send flowers to the family in memory of James Robert O'Quinn, please visit our flower store.