FILED
2024 Sep-24 PM 12:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 24, 2024

Clerk - Northern District of Alabama
U.S. District Court
101 HOLMES AVE
HUNTSVILLE, AL 35801

Appeal Number:  24-11228-AA
Case Style:  Miriam Tidwell v. Jefferson Dunn, et al
District Court Docket No:  5:21-cv-00461-LSC-SGC

The referenced appeal was erroneously dismissed.

This dismissal was issued in error. This appeal has been reinstated by the clerk.

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

REINST-3 Clerk Reinst_No Mot Filed

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-11228-AA

_____

JAMES O'QUINN,

Plaintiff,

MIRIAM TIDWELL,
Administrator of the Estate
of James O'Quinn, Deceased,

Plaintiff - Appellant

versus

JEFFERSON DUNN,
Commissioner of the Alabama Department of
Corrections in his official and individual capacities,
DEBORA TONEY,
In her official and individual capacities,
WARDEN,
JESSE WHITE,
MIKE JONES, et al.,

Defendants - Appellees,

CORRECTIONS OFFICER BREWER,

Defendant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ORDER: This appeal is reinstated by the clerk, effective September 24, 2024.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION