# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 21, 2024

Clerk - Northern District of Alabama
U.S. District Court
101 HOLMES AVE
HUNTSVILLE, AL 35801

Appeal Number:  24-11228-AA
Case Style:  Miriam Tidwell v. Jefferson Dunn, et al
District Court Docket No:  5:21-cv-00461-LSC-SGC

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-11228-AA

_____

JAMES O'QUINN,

Plaintiff,

MIRIAM TIDWELL,
Administrator of the Estate
of James O'Quinn, Deceased,

Plaintiff - Appellant

versus

JEFFERSON DUNN,
Commissioner of the Alabama Department of
Corrections in his official and individual capacities,
DEBORA TONEY,
In her official and individual capacities,
WARDEN,
JESSE WHITE,
MIKE JONES, et al.,

Defendants - Appellees,

CORRECTIONS OFFICER BREWER,

Defendant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellees Warden, Staton CF, Jesse
White, Jefferson Dunn, Debora Toney, Mike Jones, Jeremy Pelzer and Lt. Joshua is GRANTED

by clerk. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective October 21, 2024.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION